24, 1914.) Action by Nathan Marcus and another against the Fidelity & Deposit Company of Maryland. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1020.

MARINE ICE CO. v. ROWLEY. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by the Marine Ice Company against Robert Rowley. No opinion. Application denied, with $10 costs. Order signed.

MARTIN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Wisner B. Martin against the City of New York. G. W. Elkins, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MASLANKA, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Leonora Maslanka, as administratrix, etc., of Joseph Maslanka, deceased, against the American Manufacturing Company.

PER CURIAM. Defendant's breaker machines had an outer grating or guard covering the end gears. Necessarily this grating had to be opened for oiling the cogwheel bearings. For six months before the accident the deceased had been oiling these bearings with the machine in motion. The omission to stop it during oiling was the gravamen of the notice under the Employers' Liability Act (Consol. Laws, c. 31, §§ 200–204), and not the absence of a guard. The weight of evidence is that, considering this gearing and its frequent changes during the day, it was not practicable while the bearings were being oiled to guard each individual cogwheel. Hence it was error to charge plaintiff's request that, as far as the oiler's work is concerned, the absence of any guards on the wheels and their exposure to him in his work is affirmatively a violation of the statute. Even as to a machine maintained wholly without guards, such omission is only presumptively contrary to the statute. Scott v. International Paper Co., 204 N. Y. 49, 97 N. E. 413. The judgment and order are therefore reversed, and a new trial granted, costs to abide the event. See, also, 161 App. Div. 947, 951, 146 N. Y. Supp. 1100.

MANNUZZA, Respondent, v. L. MUNDET & SON, Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Cristofero Mannuzza against L. Mundet & Son, Incorporated, and others. A. H. Gleason and T. H. Lord, both of New York City, for appellants. D. C. Hirsch, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MAYER et al., Respondents, v. MONZO, Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Marcus Mayer and others against Angelo R. Monzo. H. C. Smyth, of New York City, for appellant. W. F. Goldbeck, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 154 App. Div. 940, 139 N. Y. Supp. 1133.

MEAD et al., Respondents, v. HENCHEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by John C. Mead and another against William J. Henchey and another. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to answer upon the merits within 20 days after the date of this decision, upon payment of $20 costs and the disbursements of this appeal.

MECCA REALTY CO. v. KELLOGG TOASTED CORN FLAKE CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by the Mecca Realty Company against the Kellogg Toasted Corn Flake Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 85 Misc. Rep. 598, 148 N. Y. Supp. 1040.

MECHLOWITZ v. FROST, PALMER & CO. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Matter of Phillip Mechlowitz against Frost, Palmer & Co. No opinion. Application granted; conditions upon which stay is to be granted to be determined upon settlement of order. Settle order on notice. See, also, 145 N. Y. Supp. 1133.

MECUM v. BECKER. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Elizabeth A. C. Mecum against C. Adelbert Becker. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 149 N. Y. Supp. 974; 150 N. Y. Supp. 1096.

MECUM v. BECKER. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Elizabeth A. C. Mecum against C. Adelbert Becker. No opinion. Motion granted. Settle order on notice. See, also, 150 N. Y. Supp. 1096.

MERCHANT v. RYALL et al. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Metta F. Merchant, as administratrix, etc., against George M. Ryall and others.

PER CURIAM. Judgment reversed and new trial granted, costs to abide the event, on the ground that it is disclosed by the record that defendants were not accorded a fair and impartial trial, and also upon the ground that, while it appears that the judgment gives to